**Order entered October 03, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00687-CR

### CHRISTOPHER MICHAEL DUCHARME, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-80054-2018**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the May 16, 2019 motion of Lara Bracamonte Davila to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Lara Bracamonte Davila as counsel of record for appellant. We further **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Christopher Michael Ducharme, TDCJ No. 02202213, TDCJ – Stevenson Unit, 1525 FM 766, Cuero, Texas 77954.

/s/     AMANDA L. REICHEK
        JUSTICE